IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAVEL KISLYAK, | ) | 4:12CV3025 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DR. JENNIFER CIMPL BOHN, | ) | |
| LRC, Psychologist, et al., | ) | |
| | ) | |
| Defendant. | ) | |

I previously served as a judge on the Nebraska Supreme Court. As a result, it is likely that I will be disqualified in most pro se habeas cases where a party challenges his or her custody by the State of Nebraska, any of its subdivisions or any agent, servant or employee of such entity. Accordingly,

IT IS THEREFORE ORDERED that:

1. I recuse myself from this case.

2. Until further notice, I recuse myself from all pro se habeas cases where a party challenges his or her custody by the State of Nebraska, any of its subdivisions or any agent, servant or employee of such entity.

3. The Clerk shall take such action as is required to implement this order.

Dated February 9, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge