# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAVEL KISLYAK,** | ) | **CASE NO. 4:12CV3025** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DR. JENNIFER CIMPL BOHN, LRC,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Respondent's Motion to Substitute Party (Filing No. 10) and Motion for Extension of Time (Filing No. 11).

IT IS THEREFORE ORDERED that:

1. Respondent's Motion to Substitute Party (Filing No. 10) is granted. The Clerk of the court is directed to update the court's records in accordance with the Motion to Substitute Party; and

2. Respondent's Motion for Extension of Time (Filing No. 11) is granted. Respondent shall file either a motion for summary judgment or state court records in support of an answer by May 10, 2012.

DATED this 10th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.