# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAVEL KISLYAK,** | **CASE NO. 4:12CV3025** |
| **Petitioner,** | |
| v. | **MEMORANDUM AND ORDER** |
| **WILLIAM GIBSON, Chief Executive Officer of the Lincoln Regional Center,** | |
| **Respondent.** | |

This matter is before the court on Petitioner's Notice of Appeal. (Filing No. 19.) On December 13, 2012, the court gave Petitioner until January 10, 2013, to submit an affidavit to show excusable neglect or good cause for failing to file a timely notice of appeal. (Filing No. 21.) In doing so, the court warned Petitioner that if he failed to show excusable neglect or good cause, his appeal would not be processed. (*Id*.) Petitioner did not respond. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that:

1. The Clerk of the court shall not process Petitioner's appeal; and

2. The Clerk of the court is directed to forward a copy of this Memorandum and Order to the parties and to the Eighth Circuit Court of Appeals.

DATED this 29th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.